IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DEON BANKS,                          *
                                     *
          Plaintiff,                 *
                                     *
     v.                              *        CV 619-123
                                     *
WARDEN,                              *
                                     *
          Defendant.                 *

-----

O R D E R

-----

On December 23, 2019, Plaintiff, who was housed at Georgia
State Prison, filed a *pro se* and *in forma pauperis* ("IFP") cause
of action pursuant to 42 U.S.C. § 1983 regarding the conditions of
his confinement.  He also attempted to amend his Complaint in a
piecemeal fashion to include allegations regarding officer and
gang-related conspiracies.  (See Doc. No. 1, Complaint; Doc. No.
6 (granting IFP status); see also Doc. No. 9.)  By Order dated
August 2, 2022, the Court directed Plaintiff to file an Amended
Complaint within fourteen days or risk dismissal of the case.  (See
Doc. No. 11, at 5.)   The Court's Order was returned as
undeliverable (doc. no. 12); Plaintiff has failed to keep the Court
apprised of his address.  Plaintiff has not filed an Amended
Complaint.

This Court may dismiss an action for want of prosecution when
a party has "willful[ly] disobe[yed] . . . any order of the Court"

or for "[a]ny other failure to prosecute a civil action with reasonable promptness." S.D. Ga. L.R. 41.1(b), (c); see also Fed. R. Civ. P. 41(b) (allowing involuntary dismissal of a complaint either for failure to prosecute or for failure to comply with an order of the court). Finally, a district court retains the inherent power to police its docket and to enforce its orders. Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962); Mingo v. Sugar Cane Growers Co-op, 864 F.2d 101, 102 (11th Cir. 1989); Jones v. Graham, 709 F.2d 1457, 1458 (11th Cir. 1983); Brown v. Tallahassee Police Dep't, 205 F. App'x 802 (11th Cir. 2006).

Based upon Plaintiff's failure to prosecute this case and with the inherent authority to do so, dismissal of the case is appropriate. Accordingly, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE